## HEATHER WILLARD ET AL. *v.* THOMAS PASSCANTELL ET AL.
### (AC 15784)

Dupont, C. J., and O'Connell and Schaller, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.

## MICHAEL RASO *v.* JACK M. LEVINE
### (AC 16361)

Dupont, C. J., and O'Connell and Schaller, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.

## ANDREW L. JONES *v.* NEW HAMPSHIRE INSURANCE COMPANY
### (AC 15864)

Dupont, C. J., and O'Connell and Lavery Js.

Argued June 5—officially released July 15, 1997

Per Curiam. The judgment is affirmed.